James Douglas TINSLEY, a/k/a Jimmy Tinsley, a/k/a Jimmy D. Tinsley, III, a/k/a James D. Tinsley, II, a/k/a James Douglas Tinsley, II, Plaintiff–Appellant,

v.

Detective Brian WIGHT, SCSO; Investigator R. Bogan, I–58, SCSO, Defendants–Appellees,

and

Sheriff Chuck Wright, SCSO; County of Spartanburg, being sued in their individual and official capacities, Defendants.

No. 12–6629.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2012.

Decided: Sept. 11, 2012.

James Douglas Tinsley, Appellant Pro Se. Nathaniel Heyward Clarkson, III, Amy Miller Snyder, Clarkson Walsh Terrell & Coulter, PA, Greenville, South Carolina, for Appellees.

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Douglas Tinsley appeals the district court's order granting summary judgment to Defendants on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tinsley v. Wight*, No. 7:09–cv02455–SB (D.S.C. Mar. 28, 2012) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*